UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT CAWTHON,

                Plaintiff,

-against-

DUNG VU,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/14/2022_

22 Civ. 7317 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 30, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by October 31, 2022. ECF No. 8. These submissions are now overdue. Accordingly, by **November 21, 2022**, the parties shall submit a joint letter and proposed case management plan.

    SO ORDERED.

Dated: November 14, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge