UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT CAWTHON,

                         Plaintiff,

     -against-

DUNG VU,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/22/2022_

22 Civ. 7317 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff filed his complaint in this matter on August 26, 2022. ECF No. 1. Defendant has yet to respond. Plaintiff filed a letter on November 21, 2022, indicating that he has attempted to confer with Defendant on multiple occasions, to no avail. ECF No. 11. Accordingly, Plaintiff is directed to move for default by **December 22, 2022**.

    SO ORDERED.

Dated: November 22, 2022
       New York, New York

                                                ANALISA TORRES
                                       United States District Judge