```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/21/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT CAWTHON,

               Plaintiff,

-against-

DUNG VU,

               Defendant.

22 Civ. 7317 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 16, 2023, Plaintiff moved for entry of default against Defendant. ECF No. 21. On February 17, 2023, the Clerk of Court entered a certificate of default. ECF No. 23. By **February 28, 2023**, Plaintiff shall file a proposed order to show cause, a memorandum of law in support of its proposed order, and a proposed default judgment.

    SO ORDERED.

Dated: February 21, 2023
       New York, New York

ANALISA TORRES
United States District Judge