UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT CAWTHON,

                            Plaintiff,

                -against-

DUNG VU,

                            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   3/7/2023_____

22 Civ. 7317 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On February 16, 2023, Plaintiff moved for entry of default against Defendant.  ECF No. 21.  On February 17, 2023, the Clerk of Court entered a certificate of default.  ECF No. 23.  On February 21, 2023, the Court directed Plaintiff to move for default judgment by February 28, 2023.  ECF No. 24.  On February 28, 2023, Plaintiff filed a proposed order to show cause, a proposed default judgment, and supporting documents.  ECF Nos. 25–26.  These documents were filed incorrectly.  *See* Dkt. Entries 3/1/2023.  Accordingly, by **March 14, 2023**, Plaintiff shall refile his documents.  Plaintiff shall refer to Attachment A of the Court's Individual Practices in Civil Cases for guidance on moving for default judgment.

SO ORDERED.

Dated: March 7, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge