UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT CAWTHON,

                        Plaintiff,

       -against-

DUNG VU,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/27/2023__

22 Civ. 7317 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 16, 2023, Plaintiff, Scott Cawthon, moved for entry of default against Defendant, Dung Vu. ECF No. 21. On February 17, 2023, the Clerk of Court entered a certificate of default. ECF No. 23. On March 14, 2023, Plaintiff filed a proposed default judgment, ECF No. 28, and supporting papers, ECF Nos. 29–30. These documents were improperly filed. *See* Dkt. Entries 3/15/23. Accordingly, by **April 3, 2023**, Plaintiff shall refile these documents.

    SO ORDERED.

Dated: March 27, 2023
       New York, New York

                                                  ANALISA TORRES
                                          United States District Judge