```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT CAWTHON,

                     Plaintiff,

-against-                    22 Civ. 7317 (AT)

DUNG VU,                              **ORDER**

                     Defendant.

ANALISA TORRES, District Judge:

        The hearing scheduled for June 6, 2023, at 1:00 p.m. is ADJOURNED to **June 13, 2023**, at **1:00 p.m.**

        SO ORDERED.

Dated: June 5, 2023
       New York, New York

                                                    ANALISA TORRES
                                           United States District Judge