UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT CAWTHON,

                Plaintiff,

-against-

DUNG VU,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/12/2023__

22 Civ. 7317 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The hearing scheduled for June 13, 2023, is ADJOURNED to **June 20, 2023, at 11:30 a.m.**

    SO ORDERED.

Dated: June 12, 2023
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge