**NISSENBAUM**
Law Group, LLC

**NISSENBAUM LAW GROUP, LLC**
ATTORNEYS AT LAW
GDNLAW.COM

2400 MORRIS AVENUE, SUITE 301
UNION, NEW JERSEY 07083

P. 908.686.8000
F. 908.686.8550

GARY D. NISSENBAUM, ESQ. φ
LAURA J. MAGEDOFF, ESQ. □

NEELAM SINGH, ESQ. ∆
RYAN N. FERNANDEZ, ESQ. ○
ANTHONY C. GUNST IV, ESQ. ∆

AARON J. KESSELMAN, ESQ. ◊
MATTHEWS A. FLOREZ, ESQ. ∆
SUDHIT RAGHUPATHI, ESQ. ∆

SENIOR PARALEGALS
CAROLE ZEMPEL
RAQUEL DUNN
KAITLYN SCHUMACHER
PARALEGALS
AMANDA MILLER
BRIANA ALARCON
MITCHELL BRUMFIELD
GABRIEL A. DAVID
NATASHA NATAL

140 BROADWAY, 46TH FLOOR
NEW YORK, NEW YORK 10005
212.871.5711

100 CRESCENT COURT, 7TH FLOOR
DALLAS, TEXAS 75201
214.222.0020

1650 MARKET STREET, STE 3600
PHILADELPHIA, PENNSYLVANIA 19103
215.523.9350

φ  Admitted in NJ, NY, PA, TX & DC
□  Admitted in NJ, NY, PA & TX
•  Admitted in NJ, NY & PA
○  Admitted in NJ, NY & TX
◊  Admitted in NJ, FL & CO
∆  Admitted in NJ & NY

MEETINGS BY APPOINTMENT ONLY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2023

June 15, 2023

**VIA ECF**

Honorable Analisa Torres, U.S.D.J.
United States District Courthouse
Southern District of New York
Daniel Patrick Moynihan Building
500 Pearl Street
New York, NY 10007

   Re: **Scott Cawthon v. Dung Vu**
     **Docket No.: 1:22-cv-07317**

Dear Judge Torres:

  Our firm represents plaintiff Scott Cawthon ("**Plaintiff**") in the above-captioned matter. We write this letter motion to respectfully request an adjournment of the Order to Show Cause hearing [ECF 34], which is currently set to be heard on June 20, 2023 at 11:30am [ECF 37].

  The reason for our request is that we have a previously scheduled demand audit (which is essentially a deposition wherein we are defending our client in an ethics matter) starting at 10:00 am that morning. Plaintiff has not made any previous requests for adjournment or extension of this hearing; however, the Court did adjourn this hearing from June 13th to June 20th by way of its order dated June 12th. Defendant has not consented to this request, as they are in default and has not appeared in this matter.

  We thank the Court for its time and attention to this matter.

GRANTED.  The hearing scheduled for June 20, 2023, is ADJOURNED to **July 5, 2023**, at **3:00 p.m.**

SO ORDERED.

Dated: June 16, 2023
   New York, New York

                  ANALISA TORRES
               United States District Judge