```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/7/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SCOTT CAWTHON,

*Plaintiff,*

v.

DUNG VU,

*Defendant.*

Civil Action No. 1:22-cv-07317-AT

**DEFAULT JUDGMENT**

This action having been commenced on August 26, 2022 by the filing of the Summons and Complaint [ECFs 1, 3], and a copy of the Summons and Complaint having been served on defendant Dung Vu's email address (vudung230620@gmail.com) on December 30, 2022, pursuant to the December 29, 2022 court order [ECF 15], and a proof of service having been filed on January 9, 2023, [ECF 16], and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $30,000 with post-judgment interest in accordance with 28 U.S.C. § 1961. Defendant is required to destroy infringing articles in his possession in accordance with 17 U.S.C. § 503. The Court also enters a permanent injunction requiring Defendant, his officers, agents, servants, employees, and representatives to: (1) remove the infringing product from any and all websites or other points of sale; (2) immediately cease any and all infringement of Plaintiff's copyrights in the Five Nights at Freddy's franchise; and (3) refrain from continuing to market, offer, sell, advertise, reproduce, develop, or manufacture any work derived or copied from the Five Nights at Freddy's franchise.

Plaintiff is directed to serve a copy of this order on Defendant via email.

DATED: July 7, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge